**Walter R. Kolbe**
620 Brighton
Pacifica, CA 94044

**The Hon. SUSAN ILLSTON**
United States District Judge
Northern District of California
450 Golden Gate Ave.
San Francisco CA  94102                                         August 24, 2011

      Re:  Case C11-01532SI --Kolbe et al v. JP Morgan Chase Bank et al.
          <u>Request for Continuance of Case Management Conference</u>

Your Honor,

I am the Plaintiff acting pro se in the above case.  A case management conference has been scheduled for September 2, 2011 at 2:30 in Courtroom 10.  An amended complaint was filed on July 28, 2011 and the Defendants were served on August 17, 2011. The Defendants have not answered the complaint and I do not have a contact for the legal counsel for the Defendants as of yet and consequently cannot file a joint case management conference statement.

I request the case management conference to be postponed 60 days to allow the Defendants time to answer, and for the parties to meet and confer and file a joint case management conference statement with you.

Very respectfully yours,

*W. Kolbe*
Walter R. Kolbe
Pro Se

*[Handwritten: CMC cont to 11/18/11 @ 2:30 pm]*

*[Stamped: IT IS SO ORDERED / SI / Susan Illston, Judge / 8/30/11 / Date]*