UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| Walter R. Kolbe and Patricia E. Kolbe,<br><br>    Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A. and CHASE HOME FINANCE LLC, and CALIFORNIA RECONVEYANCE COMPANY,<br><br>    Defendants. | Case No. CV11-01532-~~S~~ CRB<br><br>District Judge Charles R. Breyer<br><br>~~[PROPOSED]~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DEFENDANTS' MOTION TO DISMISS COMPLAINT<br><br>DATE: **March 9, 2012**<br>TIME: **10:00 am**<br>Ctrm.: **6, 7th Floor**<br><br>Action filed: March 30, 2011 |

Pursuant to the stipulation filed by the parties in the above entitled action, the Court hereby vacates the current date for the Case Management Conference and the hearing on Defendant's Motion to Dismiss the Plaintiff's Complaint, currently set for March 9, 2012 at 10:00 a.m.

The Case Management Conference and hearing on Defendant's Motion to Dismiss the Complaint is rescheduled to _____ May 4 ___, 2012 at 10:00 a.m., in Department 6, 7th Floor of the above entitled Court.

DATED: __March 8, 2012_____ By:_____
Honorable
Judge,

IT IS SO ORDERED
Judge Charles R. Breyer

[PROPOSED] ORDER            CASE NO. CV11-01532-CRB

3123827.2 -- AL109.W1933